1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TIMOTHY EUGENE THOMPSON,        ) NO. CV 15-6767-RGK(E)
                                     )
12             Plaintiff,            )
                                     )
13        v.                         ) ORDER ADOPTING FINDINGS,
                                     )
14   THE STATE OF CALIFORNIA,        ) CONCLUSIONS AND RECOMMENDATIONS
                                     )
15                                   ) OF UNITED STATES MAGISTRATE JUDGE
               Defendants.           )
16   _____)

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Complaint, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge.  Further, the Court

21   has engaged in a <u>de novo</u> review of those portions of the Report and

22   Recommendation to which any objections have been made.  The Court

23   accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25        IT IS ORDERED that Judgment be entered dismissing the action

26   without prejudice.

27   ///

28   ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 29, 2016.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE