**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY EUGENE THOMPSON, | ) | NO. CV 15-6767-RGK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| THE STATE OF CALIFORNIA, | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 29, 2016.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE